IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RICHARD KEISTER                                                                        PLAINTIFF

vs.                                    Civil No. 4:10-cv-4041

WARDEN TURNER, Miller County
Correctional Facility; DR. NASH; and
JAIL NURSING STAFF                                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 22, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 23). Judge Bryant recommends that Defendants' Motions to Dismiss to Dismiss (Docs. 14 and 17) be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The Motions to Dismiss (Docs. 14 and 17) are hereby **GRANTED**. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. Plaintiff may re-file his complaint one he has exhausted his administrative remedies.

**IT IS SO ORDERED**, this 14th day of October, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge